1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ALBERT POON,

11              Plaintiff,                    2:06-cv-0035-GEB-JFM-P

12         vs.

13    LEONARD E. OLDWIN, JR., Esq.,
      et al.,

14
                   Defendants.               ORDER
15    _____/

16         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19         On March 31, 2006, the magistrate judge filed findings and recommendations

20    herein which were served on plaintiff and which contained notice to plaintiff that any objections

21    to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed

22    objections to the findings and recommendations.

23         The court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25    ORDERED that:

26         1.  The findings and recommendations filed March 31, 2006, are adopted in full;

1

2.  Plaintiff's claims under 42 U.S.C. § 1983 are dismissed for failure to state a claim upon which relief may be granted;

3.  The court declines to exercise supplemental jurisdiction over plaintiff's state law claims and said claims are dismissed without prejudice; and

4.  This action is dismissed.

Dated:  June 2, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge